NANCY L. GOEBLER, an Infant, by FRED A. GOEBLER, Her Guardian ad Litem, and FRED A. GOEBLER, Respondents, and Another, Plaintiff, v. SELMA MERCANTILE CORP. and Another, Appellants.— Motion for leave to appeal to the Court of

Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.